# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN,  )
SA'ADOUN ALSA'ARY a/k/a AHMED  )
OMAR,  )
)
     Petitioner,  ) Civil Action No. 09-0745 (RCL)
  v.       )
)
BARACK OBAMA, *et al.*,  )
)
    Respondents.  )

## [PROPOSED] ORDER

Upon consideration of Petitioner's Unopposed Motion to Continue Stay, it is hereby

**ORDERED** that Petitioner's Unopposed Motion to Continue Stay is GRANTED. It is further

**ORDERED** that this case is STAYED until January 15, 2013. It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect during the period of the stay. It is further

**ORDERED** that the parties may move the Court to lift the stay provided the moving party gives the non-moving party written notice the (10) days prior to the date of filing the motion.

Date:   11/6/12

            Royce C. Lamberth
            UNITED STATES DISTRICT JUDGE